IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN HYPNOTHERAPY SOCIETY, LLC, ET AL. : | |
| : | |
| v. : | CIVIL ACTION NO. 19-6116 |
| : | |
| ABC CAPITAL INVESTMENTS, LLC, ET AL. : | |

### AMENDED ORDER

**AND NOW**, this  2nd  day of   June   , 2020, in response to the ongoing coronavirus outbreak disease (COVID-19) in this district, and in the interest of public health and safety, it is **ORDERED** that the Initial Pretrial Conference scheduled for Tuesday, June 30, 2020 at 11:00 a.m. will be by telephone in lieu of attendance in person.  All trial counsel and unrepresented parties shall participate.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ ***R. BARCLAY SURRICK***
**U.S. DISTRICT COURT JUDGE**