IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN HYPNOTHERAPY SOCIETY, LLC, ET AL. | : : : | |
| v. | : : | CIVIL ACTION NO. 19-6116 |
| ABC CAPITAL INVESTMENTS, LLC, ET AL. | : | |

**O R D E R**

**AND NOW**, this  26th  day of  June , 2020, upon consideration of Plaintiffs' Motion for Preliminary Injunction (ECF 25), it is **ORDERED** as follows:

1. Defense Counsel shall file a response to Plaintiffs' Motion for Preliminary Injunction no later than July 3, 2020.

2. The Initial Pretrial Conference scheduled for June 30, 2020 is continued to a date to be determined.

**IT IS SO ORDERED.**

                                                               **BY THE COURT:**

                                                             /s/ ***R. BARCLAY SURRICK***
                                                             **U.S. DISTRICT COURT JUDGE**