IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| American Hypnotherapy Society, LLC et al, | ) |
| Plaintiffs, | ) |
| V. | ) |
| | ) Case No.: 2:19-cv-06116-RBS |
| ABC Capital Investments, LLC, et al. | ) |
| Defendants. | ) |

**RESPONSE OF DEFENDANTS TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

Defendants, ABC Capital Investments, LLC, ABC Capital Realty, LLC, Philly Acquisitions, LLC, Giovanni Real Estate, LLC, New Philly Construction, LLC, Stateside-Philly, LLC, Jason "Jay" Walsh, and Karen Lee-Walker, state the following in response to Plaintiffs' Motion for Injunctive Relief:

1. Denied. This Court should _not_ grant Injunctive Relief. There is no sudden emergency warranting injunctive relief as Plaintiffs cannot show irreparable damages. All damages, as alleged, are economic damages capable of being calculated by the parties. Any actual monetary judgment owed can be paid after all evidence and defenses are submitted.

2. The estimated damages proposed by Plaintiffs in their complaint are baseless as they have not substantiated their losses to explain their actual financial damages with admissible evidence submitted to this Court. The alleged damages will also be offset by the current property values of each home as each Plaintiff owns or has owned the property at issue. This will allow Plaintiffs to recoup their investment as it has been incorrectly asserted that Defendants "control" these properties to imply falsely that Plaintiffs cannot own or manage these properties. This is plainly untrue. Each Plaintiff can sell their property.

3.      Injunctive relief is also not required to compel the production of documents. Plaintiffs will receive all documents and information consistent with routine discovery requests. And finally, freezing corporate bank accounts is unjustified without a final judgment, and will interfere in general business operations having nothing to do with the plaintiffs.  This attempt to freeze assets is nothing more than an attempt to increase leverage during settlement negotiations and is without legal support.

**WHEREFORE**, Defendants deny that Plaintiffs are entitled to the relief requested and rely upon the attached Brief and Exhibits in opposition to Plaintiff's Motion.

**THE SWAIN LAW FIRM, P.C.**

By: */s/Andrew D. Swain, Esq.*
Andrew D. Swain, Esq.
Attorney ID: 73332
The Swain Law Firm, P.C.
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708
Fax: (215) 750-0895
swain@swainlawfirm.com

Dated:   07/03/2020

## CERTIFICATE OF SERVICE

I, Andrew D. Swain, Esquire hereby certify that the foregoing Opposition to Plaintiff's Motion for Injunction, Brief and Exhibits were served via ECF as follows on 07/03/2020 and by email.

Mu' min F. Islam, Esq.
7433 Limekiln Pike, Ste 210
Philadelphia, PA 19138
*Attorneys for Plaintiffs*
mislam@mfilawgroup.com

                                **THE SWAIN LAW FIRM, P.C.**

By:   */s/Andrew D. Swain, Esq.*
       Andrew D. Swain, Esq.
       Attorney ID: 73332
       The Swain Law Firm, P.C.
       2410 Bristol Road
       Bensalem, PA 19020
       (215) 702-2708
       Fax: (215) 750-0895
       swain@swainlawfirm.com

Dated:   07/03/2020