$400

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

ABC CAPITAL INVESTMENTS, LLC.  :
1218 North Marshall Street        :
Philadelphia, PA 19122            :
                                  :                    **17    4980**
            Plaintiff             :
      v.                          :
                                  :       **NO.**
NATIONWIDE RENTSURE               :
5445 DTC Parkway                  :
Greenwood Village, CO 80111       :
                                  :
      and                         :
                                  :
NATIONWIDE EVICTION               :
5445 DTC Parkway                  :
Greenwood Village, CO 80111       :
                                  :
            Defendants            :                    NOV - 3 2017

## CIVIL ACTION - COMPLAINT

Plaintiff, ABC Capital Investments, LLC ("ABC"), by and through their undersigned counsel, herein files this Complaint against Defendants Nationwide Rentsure ("Rentsure"), and Nationwide Eviction ("NWE"), and in support thereof, avers as follows:

## PARTIES

1.      Plaintiff ABC is a LLC. duly organized in accordance with the laws of the Commonwealth of Pennsylvania, with an address located at 1218 North Marshall Street, Philadelphia, PA 19122. As part of Plaintiff's regularly conducted business, they manage properties, including the renting out of properties and the subsequent collection of rent from tenants on behalf of their Clients.

2.      Defendant NWE is a corporation that, upon information and belief, is licensed to sell and hold insurance polices with businesses without limitation with an address of 5445 DTC Parkway, Greenwood Village, CO 80111 and represents that property management companies like ABC can insure 6 months of rental if there is a problem with a tenant payment.

3.      Defendant Rentsure is a corporation that, upon information and belief, is licensed to sell and hold insurance policies with businesses without limitation with an address of 5445 DTC Parkway, Greenwood Village, CO 80111.  It is somehow, as discovery will prove, affiliated with Defendant NWE, and listed as such on their public websites which is an Exhibit.  Similarly, they insure and guaranty payment for 6 months of rent if a tenant defaults.

4.      For the purposes of this matter, both NWE and Rentsure are affiliated and acted in concert to provide insurance coverage for Plaintiff ABC, the purpose of this coverage was to insure ABC against tenants failing to make rent payments and the time required to re-rent properties following evictions. The "About" section from the Nationwide Rentsure website, describing the nature of their business and affiliation of with Nationwide Eviction, is attached hereto and incorporated herein as Exhibit "A."

### JURISDICTION

5.      There exists complete diversity jurisdiction pursuant to 28 U.S.C. § 1332 et. seq. in that Plaintiff and Defendants are all citizens and residents of different States.

6.     This Court has subject matter jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. § 1332(a)(1) because (1) there is complete diversity of citizenship between Plaintiff ABC, who is a citizen and resident of Pennsylvania for the purposes of diversity jurisdiction 28 U.S.C. § 1332, Defendants NWE and Rentsure who are citizens and residents of the State of Colorado and (2) the matter in controversy exceeds $125,000, exclusive of interest and costs.

7.     This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.

8.     Venue is proper in the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1391(b) because a substantial portion of the events giving rise to this litigation occurred in Pennsylvania. Defendants reached out to Plaintiff and solicited them in Pennsylvania to enter into an insurance policy agreement that is the key issue herein.

## FACTS

9.     This matter involves a series insurance policies entered into between Plaintiff and Defendants in or around January 1, 2017. These policies were issued out to a series of properties managed by Plaintiff as rental income protection. The purpose of this policy was to insure and protect Plaintiff against tenants failing to pay rent or failing to vacate properties after defaulting on rent or the expiration of their lease.   Despite continued premium payments and requests for these policies in hard copy, ABC has still not received the same, and demands the same in discovery.

10.     The initiation of these policy agreements began in fall 2016, when Defendants began marketing to Plaintiff in Pennsylvania and proposing and formulating the insurance policies at issue herein.

11.     The insurance provided by Defendants covered three months of rent prior to eviction and three months after eviction to cover the period that tenants failed to pay rent and the time it takes to find new renters.

12.     Following the initiation of the agreement between Plaintiff and Defendants, Plaintiff began entering properties into insurance agreements with Defendants through a web-based portal controlled by Defendants with the Assistance of Defendants Liaison and Representive Sky Mikesell, referred to by Defendants as Certificates of Benefit. Attached hereto and incorporated herein as Exhibit "B," is an email from Defendants' representative, salesman and primary liaison with Plaintiff, Sky Mikesell. Exhibit A shows Mikesell, on behalf of Defendants, referring to the insurance policies as Certificates of Benefit and establishing that a large number of properties were already insured and that Plaintiff had made payments towards those policies. The web portal and excel spreadsheet showing a large number of the properties Plaintiff had policies for with Defendants, that were entered into Defendants records and paid for by Plaintiff, is attached hereto and incorporated herein as Exhibit "C."

13.     Shortly after entering into these policies, Plaintiff began have trouble contacting Defendants, specifically through their employee and liaison, Sky Mikesell. Defendants failed to provide hardcopies of the insurance policies to Plaintiff, they failed to properly provide receipts and confirmations of payments, despite

multiple attempts to ensure the contrary by Plaintiff, and Defendants began to mention claim requirements and restrictions that had previously not been discussed nor been made known to Plaintiff. *See*, Exhibit "D."

14. Defendants began to deny a number of claims put forth by Plaintiff for properties that were insured under policies that had been properly paid for, at first citing requirements and restrictions that had never previously been mentioned or brought to Plaintiff's knowledge. Defendant then started ignoring other claims made through their web portal by Plaintiff. They have left ABC with no other means of communication other than this lawsuit and discovery.

15. Defendants continually failed to honor their policies, oral and written representations, made by Sky Likesell, on their websites, and have received tens and tens of thousands of dollars of premium from Plaintiff and became increasingly difficult to contact to the point of not answering repeated calls and emails.

16. Finally, on August 16, 2017, Defendants sent a termination notice to Plaintiff in bad faith, wrongfully contending that Plaintiff had failed to make payments on their insurance policies. *See* Exhibit "E," Defendants' Notice of Termination, which is attached hereto and incorporated herein is fully disputed by Plaintiff, as discovery will reveal.

17. Plaintiff has initiated this matter as Defendants failed to honor their orgal contracts, written contracts to be produced in discovery, their written and oral representations, and to pay as represented all of Plaintiff's claims under their policy, or otherwise despite their assurances, agreements and repeated

misrepresentations to the contrary. Defendants wrongfully and vexatiously terminated these policies under bad faith and made up pretexts and have defrauded Plaintiff in a significant amount in excess of $125,000. In essence, Defendants' have engaged in a conversion of ostensible premium dollars paid by Plaintiff as will be proven in discovery.

## COUNT I
## BREACH OF CONTRACT

18. Plaintiff incorporates by reference the allegations contained in the paragraphs above as if a more fully set forth herein.

19. Defendants represented to Plaintiffs, that they had, and consistently had, insurance policies for a series of properties managed by Plaintiff. *See* Exhibit B. Said policies clearly covered any failure of tenants to pay rent and the three-month period following eviction during which Plaintiff would be seeking new tenants. Despite countless pre-litigation requests, Defendants refused, intentionally, to send any policy documents other than the representations on their public website, and made in reliance of taking tens of thousands of premium dollars from Plaintiff. Plaintiff specifically will serve this Complaint with Rule 26 Disclosures and a Document Demand, and reserves the right to add these policy documents as an Exhibit before Defendant can file a Rule 12 Motion pertaining to the lack of attachment of these documents.

20. Despite said representations by Defendants, when Plaintiff tendered their claims to Defendants, they failed and refused to remunerate Plaintiff, provide any adequate explanation, ignored Plaintiff's inquires, and left Plaintiffs to bear

the cost of both the damages that should have been covered under their policies
and the cost of counsel to enter their appearance and pursue this litigation.

21.     As a result, Plaintiff has been damaged and continue to be damaged and accrue
costs that would have otherwise been covered as promised, assured and agreed
upon by Defendants.

22.     Plaintiffs have been damaged in an amount in excess of $125,000.

**COUNT II**

**UNJUST ENRICHMENT**

23.     The foregoing allegations in the above paragraphs are incorporated herein by
reference as if set forth in full.

24.     Defendants have, and continue to be, unjustly enriched as a result of the conduct
described above in this Complaint.

25.     Defendants received benefits in the form payments made in relation to the
insurance policies for which they have failed to adhere to and for which they
have refused to provide coverage under, contrary to the language of the policy.

26.     Retention of these benefits by Defendants' would be unjust and inequitable.
Defendants abused their discretion by disregarding numerous attempts made by
Plaintiff to ensure that the insurance policy be adhered to and they have engaged
in protracted delays that have led the inability of Plaintiff to recoup any loses
and mitigate the damages that the insurances policies were specifically tailored
to prevent.

27.     It would be unjust and inequitable for Defendants to retain such benefits, and
Plaintiff is entitled to restitution of all damages incurred and all other premiums,
monies and fees and charges owed, unjustly and inequitably retained, and

damages for the improperly alleged lack of coverage regarding the properties and related insurance policies.

## COUNT III
### BAD FAITH

28.     Plaintiff incorporates the above paragraphs as though fully set forth at length herein.

29.     42 Pa. C.S.A. 8371 entitled "Actions on Insurance Policies" provides a private cause of action for bad faith against insurance companies if the Court finds that the insurer has acted in bad faith towards the insured and permits the following damages to be awarded:

>   (1)     Interest on the amount of the claim from the date a claim was made by the insured in an amount equal to the prime rate of interest plus three (3%) percent.
>   (2)     Punitive damages against the insurer.
>   (3)     Court costs and attorney's fees against the insurer.

30.     Plaintiff made all payments for insurance policies to Defendants in full and in a timely fashion.

31.     Despite the above, Defendants acted in bad faith towards its insured, as set forth above and by falsely claiming that the claims made by Plaintiff were not covered by their policy and that as a result, the claims for lost rental income were not covered under the policy.

32.     These denials, illogical and incorrect interpretation of the policy, and the refusal to pay the claims, and continuing inability of Plaintiff to contact Defendants throughout their dispute and currently constituted a violation of 42 Pa.C.S.A. 8371, and constitutes Bad Faith on the part of Defendants.

33.     Pursuant to *Rancosky v. Wash. Nat'l Ins. Co.*, **bad faith claims in Pennsylvania
        no longer require a showing of ill-will or self-interest but rather a showing of
        recklessness is sufficient**. J – 27 -2017, No. 28 WAP (2016). As such, the
        conduct of Defendants was extensively reckless as they failed to provide
        sufficient reasoning or support for their refusal to refund the premiums, turn
        over the policy documents, and unwarranted and unexplained denial of
        Plaintiff's claims, their inability to be contacted by Plaintiff regarding these
        claims, their inexplicable termination of Plaintiff's policies and their
        manipulation of the terms of these policies in an attempt to defraud Plaintiff.

34.     As a direct and proximate result, Plaintiff, has incurred damages far in excess
        of $125,000, plus attorney's fees, costs of suit, punitive damages and otherwise
        has been left in a damaged condition for which they continue to accrue losses,
        and punitive damages are warranted for Defendants wanton, reckless and
        outragrous conduct, retention of Plaintiff's money, failure to communicate,
        reckless denials and ignoring of communications, and gross, misleading and
        false representations to Plaintiff at the inception of this litigation.

## COUNT IV
## CIVIL CONVERSION

35.     The foregoing allegations in the above paragraphs are incorporated herein by
        reference as if set forth in full.

36.     Defendants have, and continue to illegally retain hundreds and hundreds of
        thousands of dollars of Plaintiff's payments without any legal or factual
        justification therefore, converting the same for their own use.

37.  Retention of these benefits by Defendants' would be unjust and inequitable. Defendants abused their discretion by disregarding numerous attempts made by Plaintiff to ensure that the insurance policy be adhered to and they have engaged in protracted delays that have led the inability of Plaintiff to recoup any loses and mitigate the damages that the insurances policies were specifically tailored to prevent.

38.  It would be unjust and inequitable for Defendants to retain such benefits, and Plaintiff is entitled to restitution of all damages incurred and all other premiums, monies and fees and charges owed, unjustly and inequitably retained, and damages for the improperly alleged lack of coverage regarding the properties and related insurance policies.

## COUNT I
## FRAUD

39.  Plaintiff incorporates by reference the allegations contained in the paragraphs above as if a more fully set forth herein.

40.  Defendants INTENTIONALLY represented to Plaintiffs, that they had, and consistently had, AFTER PAYING HUNDREDS OF THOUSANDS OF DOLLARS, based on intentional false representations.

41.  Defendants made knowing false statements, claims and representations to Plaintiff to induce the payment of substantial dollars to Defendant, knowing those representations to be false, upon which Plaintiff relied, as laid out in detail in the fact section herein.

42.    As a result, Plaintiff has been damaged and continue to be damaged and accrue costs that would have otherwise been covered as promised, assured and agreed upon by Defendants.

43.    Plaintiffs have been damaged in an amount in excess of $125,000.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment in their favor and against the Defendants, jointly and severally, for all available damages under the law, including attorneys fees, punitive damages, actual damages, and such other relief that this Court deems just and equitable.

Respectfully Submitted:

/s/ David T. Shulick
DAVID T. SHULICK, ESQUIRE
Shulick Law
1500 J.F.K. Boulevard, Suite 1110
Philadelphia, PA 19102
(215) 988-5488
david@shulicklaw.com
Attorney For The Plaintiff

Dated: 10.30.17

## VERIFICATION

We, the undersigned Defendants, state that the statements made in the foregoing pleadings are true and correct to the best of our knowledge, information and belief; and that the foregoing statements are made subject to the penalties of 18 Pa. C.S.A. § 4909, relating to unsworn falsification to authorities. A copy of our signature shall be legally binding.

ABC CAPITAL INVESTMENTS, LLC.

By:

Managing Member and Attorney in Fact

# EXHIBIT "A"



Landlord Membership     Freedom Program     Developers Program     **About Us**     Get Started



# RENTAL INCOME GUARANTEES ARE A GLOBAL SUCCESS!

At Nationwide RentSure, we guarantee unpaid rent, tenant damages and legal support to evict delinquent tenants.

Rental Income Guarantees are not a new concept globally:

- In Australia, 83% of landlords have rental income protection on their property.
- In European countries, a large percentage of landlords have rental income guarantees protecting their rental income property.

Real Estate Investors in North America, from single family homeowners to multi-billion dollar REITs have been losing billions of dollars a year.

We are working to change the way property managers, landlords and owners do business, approve tenants, manage cash flow, and process evictions for 52 million rental units in 2,200+ court jurisdictions in North America.

# OUR TEAM



Landlord Membership     Freedom Program     Developers Program     **About Us**     Get Started

## NATIONWIDE RENTSURE CANADA



Nationwide RentSure Canada Corporation is led by a diverse group of real estate, insurance, and technology professionals. As a team, we have over 30 years of risk-based insurance experience, 25 years in real estate and over a decade in technology platform development. With this experience, we have developed a truly unique risk mitigation solution and assembled a group of best in class providers to execute on this vision.

## NATIONWIDE EVICTION



The leading online eviction provider in the USA. The Nationwide RentSure Eviction platform allows clients to file evictions online and have those evictions handled by one of over 100 law firms and service providers on its network. Over 150,000 evictions are processed on the Nationwide Eviction platform each year.

## AI GUARANTEE



Ai Guarantee Inc. is a member of the Nationwide RentSure association providing pre-construction and new build developers with rental income guarantees. Ai Guarantee Inc. has provided over $600 Million in rental guarantees in Canada.

Nationwide RentSure     ✕



500 m

Map data

# GET IN TOUCH

Name

Email



NATIONWIDE
RENTSURE

Landlord Membership    Freedom Program    Developers Program    **About Us**    Get Started

Send

**OUR SITE**

Home
Landlord Membership
Freedom Program
Developers Program
About Us

**AFFILIATES**

REIN Members

**SUPPORT**

Mailing List
Privacy Policy
Download Brochures
Log In
FAQ

**LOCATION**

29 Booth Ave, Suite 201
Toronto, ON M4M 2M3

**ADDITIONAL RESOURCES**

Landlord Membership Fees
Tenant Qualification
Market Analysis
Online Payments

**CONTACT**

support@nationwiderentsurecanada.com

© **2017 Nationwide RentSure Canada Corporation. All Rights Reserved.**

LEGAL NOTICE: AI Guarantee Inc., RentSure Membership (Canada) Corporation and Nationwide RentSure Canada Corporation landlord associations, directors, officers, employees or affiliates agents, are not insurance agents or brokers. Nationwide RentSure Canada Corporation cannot provide nor offer insurance services, advice or information directly to new or existing Members. Any information contained on this website is subject to the terms and conditions of the Membership Agreement, Rental Income Guarantee and Negligent and Wilful Tenant Damage Guarantee.

# EXHIBIT "B"

**DSparalegal**

| | |
|---|---|
| **From:** | Jay Walsh <jay@abccapitalinvestments.com> |
| **Sent:** | Friday, October 13, 2017 12:21 PM |
| **To:** | Lawclerk |
| **Subject:** | Fwd: Rentsure Update |

**Jay Walsh**
Chief Business Officer
ABC Capital Investments, LLC
Office: 267-324-3926 ext. 111
jay@abccapitalinvestments.com

Fax: 267-670-8213
Investors: 215-253-8207

**Philadelphia Office**
www.abccapitalinvestments.com
1218 N. Marshall Street
Philadelphia, PA 19122

**Baltimore Office**
www.abccapitalbaltimore.com
First Floor
3604 Eastern Avenue
Baltimore, MD 21224

---------- Forwarded message ----------
From: **Sky Mikesell** <sky@nationwiderentsure.com>
Date: Wed, Feb 1, 2017 at 6:34 PM
Subject: Re: Rentsure Update
To: Jay Walsh <jay@abccapitalinvestments.com>
Cc: Taheira Williams <twilliams@abccapitalinvestments.com>, Peter Brooks
<Peter@abccapitalinvestments.com>, Antonio Cerqueira <acerqueirae@gmail.com>

Yes.

I am travelling back from Toronto right now but will pull it together and send to you for your records.

Each Certificate of Benefit (formal policy in your words) goes out once the initial invoice is paid for each batch of properties put in.

1

So currently you should have a certificate of benefit for your initial batch.

Let me know if you have any other questions.

On Wed, Feb 1, 2017 at 6:29 PM, Jay Walsh <jay@abccapitalinvestments.com> wrote:
Sky do we have a formal policy or master policy for these?  Do you have a list of what we have insured and until when?  I want to input into our software for tracking.

Jay Walsh
Chief Operating Officer
ABC Capital Investments, LLC
1218 N. Marshall Street
Philadelphia, PA 19122
www.abccapitalinvestments.com
Office: 267-324-3926 ext. 111
Fax: 267-670-8213
Investors: 215-253-8207
Israel Tel: 03-686-2595
jay@abccapitalinvestments.com
Nomination For Best Developer



On Wed, Feb 1, 2017 at 10:52 AM, Sky Mikesell <sky@nationwiderentsure.com> wrote:

good morning Taheira-

We have received.

All were entered in and invoiced.

2

Let me know when you have completed sending the ones you have for this batch and I will confirm receipt of address' received.

On Wed, Feb 1, 2017 at 10:01 AM, Taheira Williams <twilliams@abccapitalinvestments.com> wrote:

Good morning Sky,


I will be sending you more leases today. Please confirm that you have received the ones I sent you prior on 01/20/2017. Thank you.


Taheira Williams

Assistant to Peter Brooks

ABC Capital Investments, LLC

1218 N. Marshall Street

Philadelphia, PA 19122

www.abccapitalinvestments.com

Office: 267-324-3926 ext. 106

Fax: 267-670-8213


--




Sky Mikesell - CEO

RentSure Membership Association Inc.

12835 E Arapahoe Rd, Tower II, Suite 800

Centennial, CO 80112

Office: 1-866-646-0200

Sky.mikesell@rentsuremembership.com

www.Nationwiderentsure.com

--



Sky Mikesell - CEO

RentSure Membership Association Inc.

12835 E Arapahoe Rd, Tower II, Suite 800

Centennial, CO 80112

Office: 1-866-646-0200

Sky.mikesell@rentsuremembership.com

www.Nationwiderentsure.com

4

# EXHIBIT "C"

| Demand Filed | Owner | Amount (6x Rent) | File Date |
|---|---|---|---|
| 1741 N Stillman | KMA Holdings LLC | $4,800.00 | 5/24 |
| 264 S. Frazier | Guy Sela Investments LLC | $7,200.00 | 5/24 |
| 6239 N. 21st | AGL Capital Investments, LLC | $6,300.00 | 8/22 |
| 219 E. Ontario St. | A&K Capital Investments LLC | $3,600.00 | 8/3 |
| 1623 S. 56th St. | Odel Capital Investments, LLC | $5,400.00 | 8/2 |
| 5816 Norfolk | Amicelli Investments | $5,700.00 | 8/22 |
| 1707 N. Peach St. | Brad Weed | $6,150.00 | 7/24 |
| 2070 Kingston St. | Bura 4, LLC | $3,900.00 | 7/24 |
| 424 N. Salford | MPS Capital Investments | $5,100.00 | 7/24 |
| 5523 Kingsessing Ave | Eshdat Investments, LLC | $5,700.00 | 7/24 |
| 830 S. Cecil St. | YL Nathan Properties,LLC | $5,400.00 | 7/24 |
| 2050 Aikens | Jingfei Zhang | $5,100.00 | 5/24 |
| 527 N. 63rd U2 | Brye Steeves | $4,800.00 | 7/24 |
| 5425 Sansom U1 | NOFBAR NH Capital Investment | $4,500.00 | 4/19 |

**Full Policy and Contact Info**

| Claim # | Carrier | Broker | | |
|---|---|---|---|---|
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |
| | Nationwide Rentsure | Sky Mikesell | (704) 622-3326 | sky@nationwiderentsure.com |

EVICTION

| Cases | Collections | Invoices |

Status | Protect Income | Rate Demand/Demand | Add Plaintiff | Add Property/Unit | Dismiss | Properties/Units | Reports

## Case Status    Bulk Update

| Start Date | 03/01/2017 | Property | -- Select Property -- ▼ |
| End Date | 10/05/2017 | Unit | -- Select Unit -- ▼ |

View by: All / Evictions / Writ / Dismissal

| Tenant | Property | Unit | Tenant Forms | Balance Due | File Date | Case Number | Court Date | Result | Vacated? | Writ? | Dismiss? | Collections? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Demand Filed**  Show All 15 | | | | | | | | | | | | | |
| Joseph Burnett | 6239 N 21st | 5816 norfolk | 📄 | $5,635.00 | 08/22/2017 | CC | | | Vacated | Writ | Dismiss | Collections |  |
| Aishla Delgado | 219 E. Ontario St. | | 📄 | $1,683.06 | 08/03/2017 | | | | Vacated | Writ | Dismiss | Collections | |
| Joseph Burnett | 6239 N 21st | 6239 N | 📄 | $2,890.36 | 05/24/2017 | LT-17-06-08-4703 | 08/03/2017 | Possession | Vacated | Writ | Dismiss | Collections | |
| Omar Thompson | 1623 S. 56th St. | | 📄 | $2,696.30 | 08/02/2017 | CC | | | Vacated | Writ | Dismiss | Collections | |
| yaasmiyn Stradford | 1707 Peach Street | | 📄 | $6,157.00 | 07/24/2017 | CC | | | Vacated | Writ | Dismiss | Collections | |
| Dajon White | 2070 Kingston St | 527 N. Apt 2nd | 📄 | $1,566.00 | 07/24/2017 | | | | Vacated | Writ | Dismiss | Collections | |
| Jionna Clark | 424 N. Salford | | 📄 | $1,983.32 | 07/24/2017 | | | | Vacated | Writ | Dismiss | Collections | |
| Allica Alexander | 5523 Kingsessing Ave | | 📄 | $2,100.00 | 07/24/2017 | | | | Vacated | Writ | Dismiss | Collections | |
| Janine Felder | 850 S. Cecil St. | | 📄 | $2,274.00 | 07/24/2017 | | | | Vacated | Writ | Dismiss | Collections | |
| Tamika Chambers | 2050 Aikens St. | 2050 Aikens | 📄 | $3,400.00 | 05/24/2017 | | | | Vacated | Writ | Dismiss | Collections | |
| **Writ Filed** | | | | | | | | | | | | | |
| Kyree Lawson | 1741 N Stillman St. | 1741 N | 📄 | $1,992.00 | 05/24/2017 | LT-17-06-08-4700 | 07/11/2017 | Possession | Vacated | 08/02/2017 | Dismiss | Collections | |
| Keena Coleman | 264 S. Frazier St. | 264 S. Unit 1 | 📄 | $4,397.25 | 05/24/2017 | LT-17-06-08-4695 | 07/11/2017 | Possession | Vacated | 08/02/2017 | Dismiss | Collections | |
| **Dismissal Filed / Unit Vacated** | | | | | | | | | | | | | |
| Omar Thompson | 1623 S. 56th St. | | 📄 | $2,696.30 | 08/02/2017 | | | Attorney Dismissal | Vacated | Writ | 8/2/2017 | Collections | |
| Jane Test | 1623 S. 56th St. | | 📄 | $850.00 | 05/08/2017 | | | | Vacated | Writ | 05/15/2017 | Collections | |
| Heather Drach | 1745 S. Frazier St. | 1745 S. | 📄 | $850.00 | 04/19/2017 | | | | Vacated | Writ | 05/04/2017 | Collections | |
| Shadirah Simmons | 5425 Sansom | 5425 Sansom Apt 1st | 📄 | $750.00 | 04/19/2017 | | | | Vacated | Writ | 05/04/2017 | Collections | |

# EXHIBIT "D"

## DSparalegal

| | |
|---|---|
| **From:** | Jay Walsh <jay@abccapitalinvestments.com> |
| **Sent:** | Friday, October 13, 2017 12:19 PM |
| **To:** | Lawclerk |
| **Cc:** | Jimi Hendricks |
| **Subject:** | Fwd: Response to your text |

**Jay Walsh**
Chief Business Officer
ABC Capital Investments, LLC
Office: 267-324-3926 ext. 111
jay@abccapitalinvestments.com

Fax: 267-670-8213
Investors: 215-253-8207

**Philadelphia Office**
www.abccapitalinvestments.com
1218 N. Marshall Street
Philadelphia, PA 19122

**Baltimore Office**
www.abccapitalbaltimore.com
First Floor
3604 Eastern Avenue
Baltimore, MD 21224

---------- Forwarded message ----------
From: **Sky Mikesell** <sky@nationwiderentsure.com>
Date: Thu, Sep 7, 2017 at 12:27 PM
Subject: Response to your text
To: jay@abccapitalinvestments.com
Cc: Gordon Dunn <gordon.d@nationwiderentsure.com>, chris@nationwiderentsure.com, David Merrill
<david@nationwiderentsure.com>

Jay
I wanted to get back to you....received your below text

"Hey can we talk? Why do you need a walk through for a rent payment? Sounds like your jut trying to find
reasons not to pay?? "

1

Jay

As you have experienced in working with me I try to

Work thru everything with you and for you and this would normally be no different.

however this current issue is not someone looking for a reason to not pay.

The move-in inspection requirement has been part of the certificate of benefit since the very beginning.

All requirements of the program are in the certificate of benefit.

I have been in discussions with the insurer for a few months with suggested adjustments to the certificate of benefit but as of now it remains the same.

If you would like to set up a time to review the cerificate of benefit again by phone I would do that with you tk make sure this is still a fit for you and your company. The last thing I want is for you to be investing your hard earned money into a product that doesn't fit your business' modus operandi.

Let me know how you would like to proceed.

Sky Mikesell
Nationwide Rentsure membership.

## DSparalegal

| | |
|---|---|
| **From:** | Jay Walsh <jay@abccapitalinvestments.com> |
| **Sent:** | Friday, October 13, 2017 12:19 PM |
| **To:** | Lawclerk |
| **Subject:** | Fwd: Payment details |

Jay Walsh
Chief Business Officer
ABC Capital Investments, LLC
Office: 267-324-3926 ext. 111
jay@abccapitalinvestments.com

Fax: 267-670-8213
Investors: 215-253-8207

**Philadelphia Office**
www.abccapitalinvestments.com
1218 N. Marshall Street
Philadelphia, PA 19122

**Baltimore Office**
www.abccapitalbaltimore.com
First Floor
3604 Eastern Avenue
Baltimore, MD 21224

---------- Forwarded message ----------
From: **Chris Crawford** <chris@nationwiderentsure.com>
Date: Tue, Aug 15, 2017 at 12:53 PM
Subject: Re: Payment details
To: Jimi Hendricks <jhendricks@abccapitalinvestments.com>
Cc: Sky Mikesell <sky@nationwiderentsure.com>, Jason Walsh <jay@abccapitalinvestments.com>, Jim Swain <jim@nationwidecourtsystems.com>

Yes, once AMEX is activated, then we will activate the reoccurring feature.

CC

On Tue, Aug 15, 2017 at 12:52 PM, Jimi Hendricks <jhendricks@abccapitalinvestments.com> wrote:

Ok what about the recurring payments? Is that still in the works also?

1

**From:** Chris Crawford [mailto:chris@nationwiderentsure.com]
**Sent:** Tuesday, August 15, 2017 12:50 PM
**To:** Jimi Hendricks <jhendricks@abccapitalinvestments.com>
**Cc:** Sky Mikesell <sky@nationwiderentsure.com>; Jason Walsh <jay@abccapitalinvestments.com>; Jim Swain <jim@nationwidecourtsystems.com>
**Subject:** Re: Payment details

I think we'll have AMEX on soon it's just a longer approval process.

On Tue, Aug 15, 2017 at 12:26 PM, Jimi Hendricks <jhendricks@abccapitalinvestments.com> wrote:

Ok, I only tried American Express cards, it gives the option so I figured that they would work. I will have to get a Visa and use that.

Also, how can we set it up for automatic draws? I didn't see any options for this.

-----Original Message-----
From: Sky Mikesell [mailto:sky@nationwiderentsure.com]
Sent: Tuesday, August 15, 2017 11:41 AM
To: Jason Walsh <jay@abccapitalinvestments.com>; Jimi Hendricks <jhendricks@abccapitalinvestments.com>
Cc: Chris Crawford <chris@nationwiderentsure.com>
Subject: Payment details

Jay or Jimi
Can we get your payment details so we can try?

All show up as American Express cards on the gateway side but amx is not setup. But you indicated he tried other cards which We don't see.
Can you provide a card or cards you want to use and let us try it for you?

--



www.nationwiderentsure.com
Christopher Crawford

2

800-370-5490

--

www.nationwiderentsure.com
Christopher Crawford
800-370-5490

EXHIBIT "E"

**DSparalegal**

| | |
|---|---|
| **From:** | Jay Walsh <jay@abccapitalinvestments.com> |
| **Sent:** | Tuesday, September 12, 2017 8:26 AM |
| **To:** | David Shulick |
| **Subject:** | Re: Notice of Pending Membership Termination |

I may need to move forward i will let you know

**Jay Walsh**
Chief Business Officer
ABC Capital Investments, LLC
Office: 267-324-3926 ext. 111
jay@abccapitalinvestments.com

Fax: 267-670-8213
Investors: 215-253-8207

**Philadelphia Office**
www.abccapitalinvestments.com
1218 N. Marshall Street
Philadelphia, PA 19122

**Baltimore Office**
www.abccapitalbaltimore.com
First Floor
3604 Eastern Avenue
Baltimore, MD 21224

On Mon, Sep 11, 2017 at 2:45 PM, David Shulick <dshulick@shulicklaw.com> wrote:

X2

---

**From:** David Shulick
**Sent:** Tuesday, September 05, 2017 2:41 PM

**To:** 'Jay Walsh' <jay@abccapitalinvestments.com>; 'Sky Mikesell' <sky@nationwiderentsure.com>; 'Chris Crawford' <chris@nationwiderentsure.com>
**Subject:** RE: Notice of Pending Membership Termination

1

J – status?

David T. Shulick, Esquire

**SHULICK LAW**

**Two Penn Center, Suite 1110**

Philadelphia, PA  19102

T – <u>215.988.5488</u>

F – <u>215.701.0811</u>

E – <u>david@shulicklaw.com</u>

Additional Offices:

Montgomery County, Pennsylvania

Camden County, New Jersey

**www.shulicklaw.com**



**This email is intended only for the individuals to whom it was addressed and may contain confidential or proprietary information.  If you have received this email and you are not the specific individual to whom it was directed, you are to destroy its contents immediately.  Unauthorized use of any information contained in this email shall be illegal and subject you to all available civil and criminal remedies.**

**From:** David Shulick
**Sent:** Thursday, August 10, 2017 10:47 AM
**To:** 'Jay Walsh' <jay@abccapitalinvestments.com>; Sky Mikesell <sky@nationwiderentsure.com>; Chris Crawford <chris@nationwiderentsure.com>
**Subject:** RE: Notice of Pending Membership Termination

Reply with the contract, full addresses, amount owed – we will sue next week if not resolved.  Keep me posted.

David T. Shulick, Esquire

*SHULICK LAW*

**Two Penn Center,Suite 1110**

Philadelphia, PA  19102

T – 215.988.5488

F – 215.701.0811

E – david@shulicklaw.com

Additional Offices:

Montgomery County, Pennsylvania

Camden County, New Jersey

**www.shulicklaw.com**



This email is intended only for the individuals to whom it was addressed and may contain confidential or proprietary information. If you have received this email and you are not the specific individual to whom it was directed, you are to destroy its contents immediately. Unauthorized use of any information contained in this email shall be illegal and subject you to all available civil and criminal remedies.

**From:** Jay Walsh [mailto:jay@abccapitalinvestments.com]
**Sent:** Wednesday, August 09, 2017 5:03 PM
**To:** Sky Mikesell <sky@nationwiderentsure.com>; Chris Crawford <chris@nationwiderentsure.com>
**Cc:** David Shulick <dshulick@shulicklaw.com>
**Subject:** Fwd: Notice of Pending Membership Termination

Sky,

I have tried to reach several times this week. Jimi has tried to reach you several times this week.

1. We did not receive any checks

2. This cancelation notice is NOT correct and someone has to call us to straighten this out. ASAP

At this point, i feel there is something really fishy going on and maybe even some type of fraud. If you do not text me to set up a call by noon tomorrow. I will get my attorney involved which i have cc'd here and make sure all my clients and your potential clients you have marketed to know about your inactions.

**Jay Walsh**
Chief Business Officer
ABC Capital Investments, LLC
Office: 267-324-3926 ext. 111
jay@abccapitalinvestments.com

4

Fax: 267-670-8213
Investors: 215-253-8207

**Philadelphia Office**
www.abccapitalinvestments.com
1218 N. Marshall Street
Philadelphia, PA 19122

**Baltimore Office**
www.abccapitalbaltimore.com
First Floor
3604 Eastern Avenue
Baltimore, MD 21224

---------- Forwarded message ----------
From: **Jimi Hendricks** <jhendricksabc@gmail.com>
Date: Wed, Aug 9, 2017 at 4:58 PM
Subject: Fwd: Notice of Pending Membership Termination
To: Jay Walsh <jay@abccapitalinvestments.com>

---------- Forwarded message ----------
From: <info@nationwideeviction.com>
Date: Mon, Jul 31, 2017 at 3:16 AM
Subject: Notice of Pending Membership Termination
To: jhendricksabc@gmail.com
Cc: support@nationwiderentsure.com



## Notice of Pending Membership Termination

## <u>IMPORTANT NOTICE THAT AFFECTS YOUR NATIONWIDE RENTSURE MEMBERSHIP</u>

You are hereby notified that the Membership protecting the properties below will be terminated effective 8/15/2017.

Reason for Termination: Failure to Pay Membership Dues.

5

Please email us at support@nationwiderentsure.com or call us at 800-370-5490 as soon as possible.

**Properties Affected:**
245 W. 58th Street

2331 W. Firth Street

1728 N. Peach Street

2217 W. Firth St.

1941 S. Alden St

6071 Regent St

219 E. Ontario St.

720 Dekalb St.

2522 N. 33rd St

2025 W. Venango St.

830 S. Cecil St.

6133 Delancy St

5832 Arch St.

2431 Seybert St.

343 N. Wilton St

6211 Race St

5616 Litchfield ST

4654 Penn St.

1617 Rowan

2070 Kingston St

2636 Bonaffon Street

6

5515 Beaumont St.

6339 Dicks Ave

138 Hansberry St

5718 Sansom St

1630 Unity St.

6234 Ogontsz Ave

1222 N. 56 St.

1741 N Stillman St.

6069 Regent St.

2814 W. Oxford St.

439 Blavis St.

5526 Blakemore St

6235 Delancey St.

6239 N 21st

5321 Lena St

6470 Lensen St

3340 Emerald St

6239 N. 21st

5450 Media St.

1026 N. 46th

2505 Ingersoll St

6615 Gerry Street

1344 Kerbaugh St.

607 Cobbs Creek Pkwy

5402 Walnut St.

5865 Walton Ave.

6418 Trinity St

2955 Bambray St.

436 N. Wilton

1324 N. Frazier St

5644 Pentridge St.

6906 1/2 Woodland Ave

700 W Champlost Ave

1617 Wakeling St

2527 S. Bonnaffon St.

6114 Sansom St.

2654 S. Carroll

105 N Felton St.

1212 Harrison Unit 2

921 S. 58th St.

1138 S. Ruby Street

3949 N. Franklin St

4048 N 8th st

5802 Vine St

1212 Harrison Unit 3

5631 Broomall St.

742 Frazier Street

848 E. Chelten Ave

5054 Tacoma St

4841 N. 18th St.

2947 N. Stillman St

5537 Boyer St.

522 S. Yewdall St.

527 N. 63rd

5133 N. Sydenham Street

3424 Sydenham St

1248 S. Ruby st

1707 Peach Street

5523 Kingsessing Ave

6746 Linmore Ave.

5563 Blakemore St.

5849 Warrington Ave

5502 Willows Ave

1312 N Alden St.

5859 Walton Ave

3651 N. 21st Street

5782 Stewart St.

2906 S. Dewey St.

5549 Larchwood Ave

5844 Addison St

<u>2618 Sylmar Street</u>

<u>952 Belmont Ave</u>

<u>1917 S. Cecil St</u>.

1923 S Ithan St

<u>3608 N 19th St</u>

7115 Theodore St.

<u>338 N. Redfield</u>

<u>4850 Brown St</u>.

264 S. Frazier St.

<u>817 S. 60th</u>

<u>811 W. Erie 1st FL</u>

5715 Hazel St

2226 w Oakdale

4686 Hawthorne St

<u>6553 Allman St</u>.

615 N. 66th St.

<u>7363 Garman St</u>

1740 S. 60th St.

1607 Harrison Unit 2R

5344 Upland St.

<u>6038 Angora Ter</u>.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

17-CV-4980

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ABC Capital Investments, LLC
1218 North Marshall Street
Philadelphia, PA 19122

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David T. Shulick
Shulick Law 215-988-5488
1500 JFK Boulevard, Suite 1110, Philadelphia, PA 19102

## DEFENDANTS
Nationwide Rentsure
&
Nationwide Eviction
County of Residence of First Listed Defendant   Arapahoe
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | | PTF | DEF |
|---|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 462 Naturalization Application | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 465 Other Immigration Actions | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Insurance Provider Breaching Contract and Fraud

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 250,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

NOV - 3 2017

DATE  11/06/2017

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**

**17 4980**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _1214 North Marshall Street, Philadelphia, PA 19122_

Address of Defendant: _5445 DTC Parkway Greenwood Village, CO 80111_

Place of Accident, Incident or Transaction: _Philadelphia PA_
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐  No☒

Does this case involve multidistrict litigation possibilities?     Yes☐  No☒
*RELATED CASE, IF ANY:* _N/A_

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases*:

1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

**ARBITRATION CERTIFICATION**
*(Check Appropriate Category)*

I, _David T. Shulick_, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _11/6/17_     _74333_
Attorney-at-Law                Attorney I.D.#

**NOV - 3 2017**

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _11/6/17_     _74333_
Attorney-at-Law                Attorney I.D.#

CIV. 609 (5/2012)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

### CASE MANAGEMENT TRACK DESIGNATION FORM

ABC Capital Investments, LLC       :

                                   :        CIVIL ACTION

Nationwide Rentsure &              :
Nation wide Eviction               :        NO.  **17    4980**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    (  )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                           (  )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (  )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                    (  )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                       (  )

(f) Standard Management – Cases that do not fall into any one of the other tracks.           (✗)

11/6/17

**Date**                    **Attorney-at-law**                    Plaintiff
                                                                   **Attorney for**

215-988-5486        215-701-0811        dshulick@shulicklaw.com

**Telephone**               **FAX Number**                    **E-Mail Address**

(Civ. 660) 10/02

NOV - 3 2017