<u>LLC Consent & Approval</u>

I, Wallace Yin Keung Wong, being the sole member of Can Solution, LLC

do hereby consent to and approve the buyback of 2030 Plum St.,

Philadelphia, PA 19124 for $60,000.00, minus any customary closing costs.

Title company insuring title is Assurance Abstract Corporation located at

7929 Bustleton Avenue, Philadelphia, PA 19152.

Assigning Jason P. Walsh or Karen-Lee Walker to sign all documents

including: Agreement of Sale, Addendums, Assignments, Affidavits, Deed

and Settlement Statements and further no other individuals or entities need

to sign on behalf of the above-named LLC.

_____

Wallace Yin Keung Wong      Sole Member
Dated:

<u>LLC Consent & Approval</u>

<u>We</u>, Ngai Wing Lui and Hoi Wah Leung being the members of IP Global Investments, LLC, do hereby consent to and approve the sale of 1830 E Airdrie Street, Philadelphia, PA 19124, in the amount of $68,000.00, minus any customary closing cost.

Assigning Jason P. Walsh or Karen-Lee Walker to sign all documents, including: Agreement of Sale, Addendums, Assignments, Affidavits, Deed and Settlement Statements and further no other individuals or entities need to sign on behalf of the above-named LLC.

_____

Ngai Wing Lui                Member
Dated:   30 JAN 2018

_____

Hoi Wah Leung               Member
Dated:   30 JAN 2018

 Gmail

**Jay Walsh <jaywalshva@gmail.com>**

## Re: Buy Back of 6111 Wheeler
20 messages

**Billy Luk** <lukbilly@gmail.com>                                      Fri, Mar 22, 2019 at 7:36 AM
To: Jason P Walsh <jay@abccapitalre.com>

Dear Jason,

Okay, I appreciate and accept your offer of the 6111 Wheeler on 2 conditions:

<u>Condition1 for the 6111 Wheeler Buy Back</u>
I request the Summaries of Transactions Part of the Closing Disclosure to conform to this,

Total Due to Seller at Closing        $83,780
Total Due from Seller at Closing       $2,750 (No More Than)

<span style="color:red">Cash to Close to Seller             $81,030 (No Less Than)</span>

<u>Condition2 for the 502 E Courtland Compensation</u>
The lost was made during the period that the property was solely under ABC management, I was kept unawared all along. Now I want to share half for
all the outstanding charges and the repairing costs with you regardless of the causes and end further argument.

Outstanding Charges (ref.10)       $18,638.26
Repairing Costs (ref. 1, 5, 8)          $5,000
                                                    ——————
                                                    $23,638.26

<span style="color:red">50% Share of the Total
which ABC shall pay to Bestview LLC  $11,819.13</span>

I look forward to your positive reply.

Thank you and good morning,

Billy Luk


在 2019年3月22日週五 02:54，Jason P Walsh <jay@abccapitalre.com> 寫道：
> Billy,
>
> I can close 6111 Wheeler tomorrow for the price you paid.  I have not heard back from you.  If you do not even counter
> me, you are not allowing me to execute a buyback and do what your asking.
>
> If i dont hear from you by end of the week ill just move my buyer.



**Jay Walsh**
Officer,  ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

Corporate investor Hotline: +1 215 253 8207

On Fri, Mar 8, 2019 at 10:49 AM Jason P Walsh <jay@abccapitalre.com> wrote:

Hello again,

I am forwarding this to my attorney just so he has.  Hopefully we can resolve without but your really not very reasonable so i am not so optimistic.

PLEASE SEE MY COMMENTS



**Jay Walsh**
Officer,  ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

Corporate investor Hotline: +1 215 253 8207


---------- Forwarded message ---------
From: **Billy Luk** <lukbilly@gmail.com>
Date: Fri, Mar 8, 2019 at 1:47 AM
Subject: Demand of compensation from ABC Capital Investments, LLC
To: Peter Brooks <peter@premierrentalsphiladelphia.com>, It's Jimmy <jimmyngai@jubilee-capital.com>


Dear Peter,

I purchased 2 properties from your company based on a 3 year property management contract between the Bestview LLC and ABC Capital Investments  LLC effective from June, 2015, which is protected under the law of the state of Pennsylvania.  Bestview LLC has paid the management fees accordingly throughout the contracted period.

I WONT GET IN THE LEGALITIES OF YOUR FALSE STATEMENT.  LET ME REMIND YOU.  I HAD OFFERED TO BUY BOTH OF THESE PROPERTIES AND YOU REFUSED ON BOTH.  THAT NULL AND VOIDS ANY CONTRACT WE HAVE HAD AND ANY BUYBACK.

We are in the process of selling the 502 E Courtland property, the title company, who handles our case, has provided a list of unsettled and outstanding payments needed to be settled before the deal is closed.

THERE ARE NO UNSETTLED OUTSTANDING PAYMENTS.  ALL RENTS PAID BY TENANTS HAVE BEEN PAID TO YOU.  AS YOU AND ALL THE HK CLIENTS KNOW WE LOST THE RENT INSURANCE COMPANY AND ARE SUING THEM.  YOU ARE WELCOME TO ATTACH TO THAT LAWSUIT IF WE HAVE A FRIENDLY  RESOLUTION TO THIS.

That includes government court judgement payoffs, outstanding tax payments and their incurred fine, outstanding utility charges and their incurred fine. They also found the similar liabilities for the property 6111 Wheeler which is also under the ownership of Bestview LLC.  I include the figures in the attached excel file.

ABC WILL PAY ANY PROPERTY TAXES PRIOR TO 2019.

UTILITIES SHOULD BE PAID BY TENANTS AND IF THEY ARE NOT THE CITY PUTS BACK TO THE OWNERS. WE ARE NOT RESPONSIBLE FOR ANY UTILITIES

It is beyond question that ABC Capital Investments LLC , the contracted property manager for the 502E Courtland and 6111 Wheeler, bare undeniable and total responsibility for all these outstanding payments and charges that should have been settled long time ago and that all the incurred fine and judgement payoffs could have been avoided if the property manager has performed his duty properly.

DENY

I have enough reasons to belive that ABC Capital Investments LLC purposely refused his maintenance duties as early as 2016 intending to transfer all outstanding liabilities and the unecessary incured fine and utility surcharges to his clients while being kept unawareness.  That is extremely hostile and  unreasonable to his clients .

DENY

I am demanding ABC Capital Investments LLC to compensate a total  amount of USD34,499.96 for my financial lost due to these 2 properties.  The amount should be deposited into my designated bank account within 2 week time from this day of Mar 8, 2019.

NOT GOING TO HAPPEN. AS STATED YOU TOOK BOTH PROPERTIES FROM ABC'S MANAGEMENT AND REFUSED OUR BUYBACK OFFER.  YOU HAVE MISMANAGED THE PROPERTIES SINCE THEY WERE TAKEN FROM ABC.  YOU NULL AND VOIDED THE CONTRACT.  WE STILL STAND READY BUY BACK 6111 WHEELER AT THE PRICE YOU PAID FOR IT.  SO I PROPOSE WE BUYBACK 6111 WHEELER AND PAY YOUR OLD PROPERTY TAXES ON EACH PROPERTY AND MOVE ON.

IF NOT AND YOU THINK YOU HAVE A CASE, YOU MAY SUE US AND MY ATTORNEYS INFO IS BELOW.

Andrew D. Swain, Esq.
The Swain Law Firm
2410 Bristol Road
Bensalem, Pa. 19020
215.702.2708 phone
215.750.0895 fax
267.694.1330 cell
swain@swainlawfirm.com<mailto:swain@swainlawfirm.com> email
www.swainlawfirm.com<http://www.swainlawfirm.com/>

Additional Offices:

123 South 22nd Street
Philadelphia, Pa. 19103

2091 Springdale Road, Suite 2
Cherry Hill, NJ 08003

605 New Road
Linwood, NJ 08221


Awaiting your prompt reply,

Billy Luk
Bestview LLC


--

**Peter Brooks**

Office Manager,  Premier Rentals Philadelphia

267-324-3926 ext 113  | peter@premierrentalsphiladelphia.com |

1218 N Marshall St. Philadelphia, PA, 19122

PremierRentalsPhiladelphia.com


--

Daniel Greenmyer

Property Manager
Premier Rentals Philadelphia
1218 N. Marshall Street

Philadelphia, PA 19122
Office: 267-324-3926 ext. 103

Fax: 267-670-8213

**5 attachments**



**Screenshot_2019-03-22-15-05-40.jpg**
297K



**Screenshot_2019-03-22-17-58-12.jpg**
511K



**Screenshot_2019-03-22-18-02-20.jpg**
276K



**Screenshot_2019-03-22-18-02-53.jpg**
633K

**Screenshot_2019-03-22-17-26-48.jpg**
499K



**Jason P Walsh** <jay@abccapitalre.com>            Fri, Mar 22, 2019 at 11:00 AM
To: Billy Luk <lukbilly@gmail.com>
Bcc: "Andrew D. Swain, Esq." <swain@swainlawfirm.com>

Let me review this. Thank you for the reply.



**Jay Walsh**

Officer, ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

Corporate investor Hotline: +1 215 253 8207

[Quoted text hidden]

---

**Me via Boomerang** <jaywalshva@gmail.com>          Fri, Mar 22, 2019 at 1:01 PM
Reply-To: Jason P Walsh <jay@abccapitalre.com>
To: jaywalshva@gmail.com

Message moved to top of Inbox by Boomerang because there was no reply (view this conversation).

Don't want this notification email in the future? Go to https://b4g.baydin.com/settings and uncheck the 'At the top of your Inbox' option under Settings. Please note that your Boomeranged messages would no longer return to the top of your Inbox.

---

**Jason P Walsh** <jay@abccapitalre.com>          Thu, Mar 28, 2019 at 12:30 PM
To: Billy Luk <lukbilly@gmail.com>

Ok billy sorry for the delay.

First the money to close 6111 Wheeler is at the title company and we can close as soon as we have an agreement.

As for Courtland. Did you sell it? If not im sure i can help. I actually had it sold and you told us NOT to sell it. Also all these expenses we could have helped you with if you asked. None of these problems existed when we managed the property. I am sure all these repairs are inflated numbers of the new PM taking advantage of a bad situation.

Again, when you leave our property management you void your warranties. That being said im trying to come to a resolution here. I need to know if you sold 502 Courtland or want to sell it as that helps me help you by selling it.

As it stands for 6111 Wheeler:

- There are property taxes owed that ABC will pay prior to 2019.

- You need to pay 2019 approx $300
- There is water $2500 i assume the tenant didnt pay
- You need to pay your transfer tax approx 2K
- There is an escrow for 9K for something on the property.  I am trying to get more detail.  We have an attorney that can get these lowered.

Essentially to close  6111 Wheeler you will receive **70K.**  of which 9K may come back.  being held maybe for income tax filing?

If you didnt sell 502 Courtland i may be able to sell it and give you additional money from there.

Please let me know your thoughts.

All rights reserved.  This is not an admission of any guilt it is a settlement discussion.



## Jay Walsh

Officer,  ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

Corporate investor Hotline: +1 215 253 8207

[Quoted text hidden]

---

**Me via Boomerang** <jaywalshva@gmail.com>                     Thu, Mar 28, 2019 at 12:51 PM
Reply-To: Jason P Walsh <jay@abccapitalre.com>
To: jaywalshva@gmail.com

[Quoted text hidden]

---

**Jason P Walsh** <jay@abccapitalre.com>                       Mon, Apr 1, 2019 at 11:00 AM
To: Billy Luk <lukbilly@gmail.com>

Billy,

Money is in the bank i need a response or i have to move my buyer.



## Jay Walsh

Officer,  ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

Corporate investor Hotline: +1 215 253 8207

[Quoted text hidden]

---

**Billy Luk** <lukbilly@gmail.com>                            Mon, Apr 1, 2019 at 11:34 AM
To: Jason P Walsh <jay@abccapitalre.com>

I just returned from a trip, shall reply you tomorrow.

Billy
[Quoted text hidden]

---

**Jason P Walsh** <jay@abccapitalre.com>　　　　　　　　　　　Mon, Apr 1, 2019 at 11:38 AM
To: Billy Luk <lukbilly@gmail.com>
Bcc: Karen Walker <karen@abccapitalre.com>

Understood.  Thank you for letting me know.



### Jay Walsh

Officer,  ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

Corporate investor Hotline: +1 215 253 8207

[Quoted text hidden]

---

**Me via Boomerang** <jaywalshva@gmail.com>　　　　　　　Mon, Apr 1, 2019 at 1:38 PM
Reply-To: Jason P Walsh <jay@abccapitalre.com>
To: jaywalshva@gmail.com

[Quoted text hidden]

---

**Billy Luk** <lukbilly@gmail.com>　　　　　　　　　　　　　Tue, Apr 2, 2019 at 3:49 AM
To: Jason P Walsh <jay@abccapitalre.com>

Dear Jason,

That's okay, I would not sell off this 6111 Wheeler property at some 70K - 9K.

Please reconfirm if you will settle the 50% share of the 502 Courtland outstanding charges and repairing costs.

Please also advise when you will pay up the property taxes prior to 2019 for both properties?

Thanks a lot.

Billy Luk
[Quoted text hidden]

---

**Jason P Walsh** <jay@abccapitalre.com>　　　　　　　　　Wed, Apr 3, 2019 at 11:32 AM
To: Billy Luk <lukbilly@gmail.com>

You didnt answer many of my questions.  I just see a rejecting of the deal i have sold?

Courtand - i wrote and you may have not seen:

<span style="color:red">As for Courtland.  Did you sell it?  If not im sure i can help.  I actually had it sold and you told us NOT to sell it.  Also all these expenses we could have helped you with if you asked. None of these problems existed when we managed the property.  I am sure all these repairs are inflated numbers of the new PM taking advantage of a bad situation.</span>

### Jay Walsh

Officer,  ABC Capital RE, LLC



Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

Corporate investor Hotline: +1 215 253 8207

[Quoted text hidden]

---

**Me via Boomerang** <jaywalshva@gmail.com>
Reply-To: Jason P Walsh <jay@abccapitalre.com>
To: jaywalshva@gmail.com

Wed, Apr 3, 2019 at 1:31 PM

[Quoted text hidden]

---

**Billy Luk** <lukbilly@gmail.com>
To: Jason P Walsh <jay@abccapitalre.com>

Mon, Apr 8, 2019 at 4:04 AM

Dear Jason,

I need to disagree your fault statement that I have refused you for ABC buy back on 502 E Courtland, you have never offered me that. I provide a narrative as follows which are all backed up in the gmail record.

Narrative of Bestview LLC Requests to ABC of Buy Back for the 6111 Wheeler and 502 E Courtland

Mar 13, 2018    First submitted my choosen options to ABC (via Jubilee, HK)

May 23, 2018    Requested buy back of both properties to ABC (via Jubilee, HK)

Oct 3, 2018    Reinstated buy back of both properties to ABC(via Jubilee, HK)

Feb18, 2019    ABC offered a buy back for the first time for the 6111 wheeler at
       USD 68K (Direct Contact)

If you have a record of what you have offered a buy back on 502 E Courtland and how I rejected, show me please.

Thanks,

Billy Luk

---

**Jason P Walsh** <jay@abccapitalre.com>
To: Billy Luk <lukbilly@gmail.com>

Mon, Apr 8, 2019 at 10:23 AM

I had the property sold and Daniel from my office was advised we no longer manage it nor can we sell it. I am sure i can get that email very easily. Anyway i just checked and you still own it. So do you want to do something globally to solve these issues? or not? Every-time i email you its 3 days for a response and my buyer for 6111 Wheeler is going to tell me to change the deal. At that point i would have lost another buyback opportunity.



## Jay Walsh

Officer, ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

| Corporate investor Hotline: +1 215 253 8207

[Quoted text hidden]

---

**Billy Luk** <lukbilly@gmail.com>                                    Mon, Apr 8, 2019 at 11:44 AM
To: Jason P Walsh <jay@abccapitalre.com>

Dear Jason,

<u>Re:  502 E Courtland</u>

My lost has amounted to 23,638/85,000 = 27.8% of the property value.  I have suggested to split half and share equally with you in order to solve this issue, is it a yes or no from you?

<u>Re:  6111 Wheeler</u>

That has been no deal and it was the price issue, not time.  Unless you offer me a net cash to close to seller at USD 81K, why does it matter if I response you in 3 days or 12 days.

Thanks,

Billy Luk

---

**Jason P Walsh** <jay@abccapitalre.com>                                    Tue, Apr 9, 2019 at 2:20 PM
To: Billy Luk <lukbilly@gmail.com>

Karen sent you the consent to sell 6111 Wheeler for 81K.  Lets at least get that done.



**Jay Walsh**

Officer,  ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.

267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

| Corporate investor Hotline: +1 215 253 8207

[Quoted text hidden]

---

**Me via Boomerang** <jaywalshva@gmail.com>                                    Tue, Apr 9, 2019 at 4:20 PM
Reply-To: Jason P Walsh <jay@abccapitalre.com>
To: jaywalshva@gmail.com

[Quoted text hidden]

---

**Billy Luk** <lukbilly@gmail.com>                                    Wed, Apr 10, 2019 at 10:42 AM
To: Jason P Walsh <jay@abccapitalre.com>

Dear Jason,

Since day one, I requested the Cash to Close to seller (After All) as USD81K, not the Sale Price.  If you don't understand or insist to translate it to other thing but not exactly " Cash to Close to seller (After All)", I have nothing to say.

Anyway, I make an excel study as attached, I accept nothing less than Case 3.  Based on the plain history I experienced with ABC, I am not to appoint ABC to sign the closing documents on my behalf.

Finally, I suffered a cash value lost of USD23.6K on 502 E Courtland, I still haven't tell my wife about the 502 E Courtland story because I don't know how to explain to her how foolish and fault was I that I have trusted your company.

Thanks and good day.

Billy Luk

[Quoted text hidden]

**3 attachments**



IMG-20190410-WA0052.jpg
294K



IMG-20190410-WA0045.jpg
79K



IMG-20190410-WA0041.jpg
377K

---

**Jason P Walsh** <jay@abccapitalre.com>              Wed, Apr 10, 2019 at 11:31 AM
To: Billy Luk <lukbilly@gmail.com>
Bcc: "Andrew D. Swain, Esq." <swain@swainlawfirm.com>

Look i have really tried to work with you. Clearly you dont want to. From my perspective you have canceled any buyback obligation i had for either property. The buyback is Gross NOT net. That is very clear. I am sure you would have a better outcome financially here working with me than without me but you seem to be pretty set in your ways. I wont bother you again.

**Jay Walsh**
Officer, ABC Capital RE, LLC
Philadelphia, Baltimore, Cleveland, Chicago, Jackson.



267-324-3926 ext 111 | jay@abccapitalre.com |

**Corporate Headquarters:** 1218 N Marshall St. Philadelphia, PA

**Baltimore Headquarters:** 3604 Eastern Ave. Baltimore, MD

Corporate investor Hotline: +1 215 253 8207

[Quoted text hidden]

---

**Me via Boomerang** <jaywalshva@gmail.com>                    Wed, Apr 10, 2019 at 1:29 PM
Reply-To: Jason P Walsh <jay@abccapitalre.com>
To: jaywalshva@gmail.com

[Quoted text hidden]

 Gmail

**Jay Walsh <jaywalshva@gmail.com>**

---

## 6111 Wheeler
1 message

**Karen@abccapitalre.com** <karenleeabccap@gmail.com>                    Mon, Apr 8, 2019 at 7:58 PM
To: lukbilly@gmail.com, Jay Walsh <jay@abccapitalre.com>

Attached is the LLC Consent to be signed and returned to me.

Thank you.

Karen-Lee Walker
Title Coordinator
ABC Capital RE, LLC
1218 N. Marshall Street
Philadelphia, PA 19122
www.abccapitalre.com
Office: 267-324-3926

---

📄 **LLC Consent 6111 Wheeler.pdf**
71K

## LLC Consent & Approval

I, Wai San Billy Luk, being the sole member of Bestview, LLC do hereby consent to and approve the buyback of 6111 Wheeler St., Philadelphia, PA 19142 for the amount of $81,000.00

Title company insuring title is Assurance Abstract Corporation located at 7929 Bustleton Avenue, Philadelphia, PA 19152.

Assigning Jason P. Walsh or Karen-Lee Walker to sign all documents including: Agreement of Sale, Addendums, Assignments, Affidavits, Deed and Settlement Statements and further no other individuals or entities need to sign on behalf of the above-named LLC.

_____
Wai San Billy Luk      Sole Member
Dated:

## <u>LLC Consent & Approval</u>

I, Shiu Fung Li, being the sole member of Lawrence Simple Homes, LLC

do hereby consent to and approve the buyback of 5715 Malcolm St.,

Philadelphia, PA 19143 for the amount of $52,000.00, minus any

customary closing costs.

Title company insuring title is Assurance Abstract Corporation located at

7929 Bustleton Avenue, Philadelphia, PA 19152.

Assigning Jason P. Walsh or Karen-Lee Walker to sign all documents

including: Agreement of Sale, Addendums, Assignments, Affidavits, Deed

and Settlement Statements and further no other individuals or entities need

to sign on behalf of the above-named LLC.

_lawreneli_
_____

Shiu Fung Li          Sole Member
Dated: 2019-4-12

## LLC Consent & Approval

I, Yuen Sheung Leung, being the sole member PR Forever Win, LLC

do hereby consent to and approve the purchase and/or sale

6345 Wheeler St, Philadelphia, PA 19142, for $67,721.00, minus
customary closing cost.

553 S Salford St., Philadelphia, PA 19143, for $79,064.00 minus
customary closing cost.

Title company is Assurance Abstract Corp. 7929 Bustleton Avenue,
Philadelphia, PA 19152

Assigning Jason P. Walsh or Karen-Lee Walker to sign all documents,

including: Agreement of Sale, Addendums, Assignments, Affidavits,

Deed, and Settlement Statements and further no other individuals or

entities need to sign on behalf of the above-named LLC.

Member
Dated: 22 November 2018

<u>LLC Consent & Approval</u>

I, Kwun Chung Chan being the sole member of Wind See, LLC

do hereby consent to and approve the sale of 4931 Hoopes Street,

Philadelphia, PA 19139, in the amount of $60,000.00, minus any customary

closing cost.

Assigning Jason P. Walsh or Karen-Lee Walker to sign all documents,

including: Agreement of Sale, Addendums, Assignments, Affidavits, Deed

and Settlement Statements and further no other individuals or entities need

to sign on behalf of the above-named LLC.

_____     Member
Kwun Chung Chan
Dated:        8 Jan 2018

## LLC Consent & Approval

I, Kwok Kit Chung, being the sole member of Whole Win Capital, LLC do

hereby consent to and approve the buyback of 3629 N. Bouvier St.,

Philadelphia, PA 19140 for the amount of $58,723.00, minus any

customary closing costs.

Title company insuring title is Assurance Abstract Corporation located at

7929 Bustleton Avenue, Philadelphia, PA 19152.

Assigning Jason P. Walsh or Karen-Lee Walker to sign all documents

including: Agreement of Sale, Addendums, Assignments, Affidavits, Deed

and Settlement Statements and further no other individuals or entities need

to sign on behalf of the above-named LLC.

Kwok Kit Chung        Sole Member
Dated: 5 JUN. 2018

## LLC Consent & Approval

I, Wing Yan Ma, being the sole member of Touch Blessing, LLC do hereby consent to and approve the buyback of 2612 S. Bonaffron St., Philadelphia, PA 19142 for the amount of $73,969.00, net of any customary government charge and minus any customary closing costs.

Title company insuring title is Assurance Abstract Corporation located at 7929 Bustleton Avenue, Philadelphia, PA 19152.

Assigning Jason P. Walsh or Karen-Lee Walker to sign all documents until the closing on Oct 30, 2018, including: Agreement of Sale, Addendums, Assignments, Affidavits, Deed and Settlement Statements and further no other individuals or entities need to sign on behalf of the above-named LLC.

Wing Yan Ma                    Sole Member

Dated: 1/5/2018

Previous editions are obsolete

from HUD-1 (3 86) ref Handbook 4305-2

## A. Settlement Statement

**B. Type of Loan**

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | AF-6960-C | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 04/03/2018 at 11:20:56

**D. NAME OF BORROWER:** Doanan LLC (a FL Limited Liability Company)
**ADDRESS:** 10711 SW 228th Tr., Miami, FL 33170

**E. NAME OF SELLER:** InvestRealty III, LLC (a DE Limited Liability Company)
**ADDRESS:** 4 Pondside Drive, Ledgewood, NJ 07852

**F. NAME OF LENDER:**
**ADDRESS:**

**G. PROPERTY ADDRESS:** 5716 Commerce Street, Philadelphia, PA 19139
City of Philadelphia

**H. SETTLEMENT AGENT:**
**PLACE OF SETTLEMENT:** 7929 Bustleton Avenue, Philadelphia, PA 19152

**I. SETTLEMENT DATE:** 04/03/2018

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 93,000.00 | 401. Contract sales price | 93,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 21,351.85 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes  04/03/18 to 12/31/18 | 446.01 | 406. City/town taxes  04/03/18 to 12/31/18 | 446.01 |
| 109. Trash Rents  04/03/18 to 12/31/18 | 224.38 | 409. Trash Rents  04/03/18 to 12/31/18 | 224.38 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 115,022.24 | **420. GROSS AMOUNT DUE TO SELLER** | 93,670.39 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to seller (line 1400) | 2,909.89 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213. W/S Service  03/10/18 to 04/03/18 | 22.24 | 513. W/S Service  03/10/18 to 04/03/18 | 22.24 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 22.24 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 2,932.13 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 115,022.24 | 601. Gross amount due to seller (line 420) | 93,670.39 |
| 302. Less amounts paid by/for borrower (line 220) | 22.24 | 602. Less reduction amount due seller (line 520) | 2,932.13 |
| **303. CASH FROM BORROWER** | 115,000.00 | **603. CASH TO SELLER** | 90,738.26 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: ___/___-___-___/___   SELLER(S) SIGNATURE(S): _____/___

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

Previous editions are obsolete

form HUD-1 (3.86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

File Number: AF-6960-C

PAGE 2

SETTLEMENT STATEMENT

TitleExpress Settlement System  Printed 04/03/2018 at 11:20 SC

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $93,000.00 @ 11.989 = 11,150.00 | | |
| Division of commission (line 700) as follows: | | |
| 701. $       11,150.00    to  477 International Realty | | |
| 702. $                        to | | |
| 703.  Commission paid at Settlement: | 11,150.00 | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801.  Loan Origination Fee                %  | | |
| 802.  Loan Discount                         %  | | |
| 803.  Appraisal Fee | | |
| 804.  Credit Report | | |
| 805.  Lender's Inspection Fee | | |
| 806.  Mortgage Application Fee | | |
| 807.  Assumption Fee | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901.  Interest  From            to            @$          /day | | |
| 902.  Mortgage Insurance Premium  for            to | | |
| 903.  Hazard Insurance Premium  for            to  ABC Capital Investments, LLC (a PA Limited | 780.00 | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001.  Hazard Insurance                mo. @ $        65.00 /mo | | |
| 1002.  Mortgage Insurance              mo. @ $              /mo | | |
| 1003.  City Property Tax               mo. @ $        49.69 /mo | | |
| 1004.  County Property Tax             mo. @ $              /mo | | |
| 1005.  School Taxes                    mo. @ $              /mo | | |
| 1009.  Aggregate Analysis Adjustment | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | |
| 1101.  Settlement or closing fee | | |
| 1102.  Abstract or title search | | |
| 1103.  Title examination | | |
| 1104.  Title insurance binder | | |
| 1105.  Document Preparation | | |
| 1106.  Notary Fees               to  Stuart Graff | | 15.00 |
| 1107.  Attorney's fees | | |
| (includes above items No:                                    ) | | |
| 1108.  Title Insurance          to  Assurance Abstract Corp. | 981.11 | |
| (includes above items No:                                    ) | | |
| 1109.  Lender's Policy | | |
| 1110.  Owner's Policy          93,000.00  - 981.11 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201.  Recording Fees Deed $  256.75      ; Mortgage $        ; Release $ | 256.75 | |
| 1202.  City/County tax/stamps          Deed $ 2,883.00   ; Mortgage $ | 1,441.50 | 1,441.50 |
| 1203.  State Tax/stamps               Deed $ 930.00      ; Mortgage $ | 465.00 | 465.00 |
| 1204. | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301.  Survey | | |
| 1302.  Rehab Costs                to  New Philly Construction | 5,752.49 | |
| 1303.  2018 2nd Cycle W/S         to  Water Revenue Bureau | | 517.32 |
| 1304.  Help Loan                 to  Water Revenue Bureau | | 168.64 |
| 1305.  2018 Yr Trash Bill         to  City of Philadelphia | | 302.43 |
| 1306. | | |
| 1307.  Reimbursements            to  ABC Capital Investments, LLC (a PA Limited | 525.00 | |
| 1308. | | |
| 1400. TOTAL SETTLEMENT CHARGES     (enter on lines 103, Section J and 502, Section K) | 21,351.85 | 2,909.89 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me
in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

DocuSigned by:

*Douglas Blanco*

Blanco III, LLC (a PA Limited Liability Comp.)
2608 3709 709 7456

Inves Realty III, LLC (a DE Limited Liability Company)

By:                     Owner, Authorized Signature
    SIDNEY SHAUY

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE
UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION
CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18:
U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.
I have caused or will cause the funds to be disbursed in accordance with this statement.

By: _____        04/03/2018
                                       DATE

Prepared By:
Assurance Abstract Corp
7929 Bustleton Avenue
Philadelphia, PA 19152

Return To:
Assurance Abstract Corp
7929 Bustleton Avenue
Philadelphia, PA 19152

Parcel ID No. **04-2-0102-00**

File No. **AF-6960-C**

# This Indenture, made the 3rd day of April, 2018,

## Between

### INVESTREALTY III, LLC (A DE LIMITED LIABILITY COMPANY)

(hereinafter called the Grantor), of the one part, and

### DOANAN LLC (A FL LIMITED LIABILITY COMPANY)

(hereinafter called the Grantee), of the other part,

**Witnesseth**, that the said Grantor for and in consideration of the sum of **Ninety-Three Thousand and 00/100 Dollars ($93,000.00)** lawful money of the United States of America, unto it well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and confirmed, and by these presents does grant, bargain and sell, release and confirm unto the said Grantee, its successors and assigns,

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the South side of Commerce Street three hundred and forty-five feet six inches Eastward from the East side of Fifty-eighth Street in the 4th Ward of the City of Philadelphia, County of Philadelphia and the Commonwealth of Pennsylvania.

CONTAINING in front or breadth on the said Commerce Street fifteen feet and extending of that width in length or depth Southward between parallel lines at right angles to said Commerce Street sixty-two feet 10 and seven-eighths inches to a four feet wide alley.

BEING known as 5716 Commerce Street

TOGETHER with the free and common use, right, liberty and privilege of said alley as and for a passageway wand watercourse at all times hereafter, forever.

1

BEING the same premises which Philly Acquisitions, LLC (a PA LLC) by Deed dated 9/19/2016 and recorded 12/16/2016 in Philadelphia County as Id. #53149427 granted and conveyed unto InvestRealty III, LLC (a DE Limited Liability Company), in fee.

**Together with** all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of it, the said grantor, as well at law as in equity, of, in and to the same.

**To have and to hold** the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, to and for the only proper use and behoof of the said Grantee, its successors and assigns, forever.

**And** the said Grantor, for itself and its successors, does, by these presents, covenant, grant and agree, to and with the said Grantee, its successors and assigns, that it, the said Grantor, and its successors and assigns, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, against it, the said Grantor, and its successors and assigns, and against all and every other person and persons whosoever lawfully claiming or to claim the same or any part thereof, by, from or under him, her, it, or any of them, shall and will

**Warrant and Forever Defend.**

2

**In Witness Whereof,** the said member or manager of the Limited Liability Company has caused these presents to be duly executed, dated the day and year first above written.

Sealed and Delivered
IN THE PRESENCE OF US:

INVESTREALTY III, LLC (A DE LIMITED
LIABILITY COMPANY)

_____

By: _____ {SEAL}
Sidney Shauy, Authorized Signature

Commonwealth of Pennsylvania       :
County of Philadelphia             : ss

AND NOW, this **3rd** day of **April, 2018**, before me, the undersigned Notary Public, appeared **Sidney Shauy,** who acknowledged himself/herself to be the **Authorized Signature** of **InvestRealty III, LLC (a DE Limited Liability Company),** a LLC, and he/she, as such **Authorized Signature** being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the LLC by himself/herself as **Authorized Signature.**

IN WITNESS WHEREOF, I hereunder set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STUART GRAFF, Notary Public
Newtown Township, Bucks County
My Commission Expires December 12, 2019

Notary Public _____
My commission expires _____

The address of the above-named Grantee is:
**10711 SW 228th Tr.**
**Miami, FL 33170**

_____
On behalf of the Grantee

File No.  **AF-6960-C**

Previous editions are obsolete

form HUD-1 (3-86) ref Handbook 4305-2

A. **Settlement Statement**

B. Type of Loan

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | AF-6960-C | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 04/03/2018 at 11:20:56

D. NAME OF BORROWER:  Doanan LLC (a FL Limited Liability Company)
ADDRESS:  10711 SW 228th Tr., Miami, FL 33170

E. NAME OF SELLER:  InvestRealty III, LLC (a DE Limited Liability Company)
ADDRESS:  4 Pondside Drive, Ledgewood, NJ 07852

F. NAME OF LENDER:
ADDRESS:

G. PROPERTY ADDRESS:  5716 Commerce Street, Philadelphia, PA 19139
City of Philadelphia

H. SETTLEMENT AGENT:
PLACE OF SETTLEMENT:  7929 Bustleton Avenue, Philadelphia, PA 19152

I. SETTLEMENT DATE:  04/03/2018

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101.  Contract sales price | 93,000.00 | 401.  Contract sales price | 93,000.00 |
| 102.  Personal Property | | 402.  Personal Property | |
| 103.  Settlement charges to borrower (line 1400) | 21,351.85 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106.  City/town taxes   04/03/18 to 12/31/18 | 446.01 | 406.  City/town taxes   04/03/18 to 12/31/18 | 446.01 |
| 109.  Trash Rents   04/03/18 to 12/31/18 | 224.38 | 409.  Trash Rents   04/03/18 to 12/31/18 | 224.38 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 115,022.24 | **420. GROSS AMOUNT DUE TO SELLER** | 93,670.39 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201.  Deposit or earnest money | | 501.  Excess Deposit (see instructions) | |
| 202.  Principal amount of new loans | | 502.  Settlement charges to seller (line 1400) | 2,909.89 |
| 203.  Existing loan(s) taken subject to | | 503.  Existing loan(s) taken subject to | |
| 204. | | 504.  Payoff of First Mortgage Loan | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213.  W/S Service   03/10/18 to 04/03/18 | 22.24 | 513.  W/S Service   03/10/18 to 04/03/18 | 22.24 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 22.24 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 2,932.13 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301.  Gross amount due from borrower (line 120) | 115,022.24 | 601.  Gross amount due to seller (line 420) | 93,670.39 |
| 302.  Less amounts paid by/for borrower (line 220) | 22.24 | 602.  Less reduction amount due seller (line 520) | 2,932.13 |
| **303. CASH FROM BORROWER** | 115,000.00 | **603. CASH TO SELLER** | 90,738.26 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____-_____ / _____-_____-_____    SELLER(S) SIGNATURE(S): _____ /

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

Previous editions are obsolete

form HUD-1 (3.86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

File Number: AF-6960-C

PAGE 2

## SETTLEMENT STATEMENT

TitleExpress Settlement System  Printed 04/03/2018 at 11:20 SG

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $93,000.00 @ 11.989 = 11,150.00 | | |
| Division of commission (line 700) as follows: | | |
| 701. $          11,150.00     to  477 International Realty | | |
| 702. $                          to | | |
| 703. Commission paid at Settlement | 11,150.00 | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee          % | | |
| 802. Loan Discount          % | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Application Fee | | |
| 807. Assumption Fee | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest From          to          @$          /day | | |
| 902. Mortgage Insurance Premium for          to | | |
| 903. Hazard Insurance Premium for          to  ABC Capital Investments, LLC (a PA Limited | 780.00 | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. Hazard Insurance          mo. @ $          65.00 /mo | | |
| 1002. Mortgage Insurance          mo. @ $          /mo | | |
| 1003. City Property Tax          mo. @ $          49.69 /mo | | |
| 1004. County Property Tax          mo. @ $          /mo | | |
| 1005. School Taxes          mo. @ $          /mo | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or closing fee | | |
| 1102. Abstract or title search | | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees          to Stuart Graff | | 15.00 |
| 1107. Attorney's fees | | |
| (includes above items No:                              ) | | |
| 1108. Title Insurance          to Assurance Abstract Corp. | 981.11 | |
| (includes above items No:                              ) | | |
| 1109. Lender's Policy | | |
| 1110. Owner's Policy          93,000.00  - 981.11 | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees Deed $  256.75          ; Mortgage $          ; Release $ | 256.75 | |
| 1202. City/County tax/stamps          Deed $ 2,883.00          ; Mortgage $ | 1,441.50 | 1,441.50 |
| 1203. State Tax/stamps          Deed $ 930.00          ; Mortgage $ | 465.00 | 465.00 |
| 1204. | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey | | |
| 1302. Rehab Costs          to  New Philly Construction | 5,752.49 | |
| 1303. 2018 2nd Cycle W/S          to  Water Revenue Bureau | | 517.32 |
| 1304. Help Loan          to  Water Revenue Bureau | | 168.64 |
| 1305. 2018 Yr Trash Bill          to  City of Philadelphia | | 302.43 |
| 1306. | | |
| 1307. Reimbursements          to  ABC Capital Investments, LLC (a PA Limited | 525.00 | |
| 1308. | | |
| 1400. TOTAL SETTLEMENT CHARGES          (enter on lines 103, Section J and 502, Section K) | 21,351.85 | 2,909.89 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me
DocuSigned by: in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

*Douglas Blanco*

Loanex III, LLC (a DE Limited Liability Comp 957
2608519DF497490...

Imex Realty III, LLC (a DE Limited Liability Company)

By: Member/Owner, Authorized Signature
SIDNEY SHAUY

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By: _____
DATE  04/03/2018

Prepared By:
Assurance Abstract Corp
7929 Bustleton Avenue
Philadelphia, PA 19152

Return To:
Assurance Abstract Corp
7929 Bustleton Avenue
Philadelphia, PA 19152

Parcel ID No. **04-2-0102-00**

File No. **AF-6960-C**

# This Indenture, made the 3rd day of April, 2018,

## Between

### INVESTREALTY III, LLC (A DE LIMITED LIABILITY COMPANY)

(hereinafter called the Grantor), of the one part, and

### DOANAN LLC (A FL LIMITED LIABILITY COMPANY)

(hereinafter called the Grantee), of the other part,

**Witnesseth,** that the said Grantor for and in consideration of the sum of **Ninety-Three Thousand and 00/100 Dollars ($93,000.00)** lawful money of the United States of America, unto it well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, released and confirmed, and by these presents does grant, bargain and sell, release and confirm unto the said Grantee, its successors and assigns,

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the South side of Commerce Street three hundred and forty-five feet six inches Eastward from the East side of Fifty-eighth Street in the 4th Ward of the City of Philadelphia, County of Philadelphia and the Commonwealth of Pennsylvania.

CONTAINING in front or breadth on the said Commerce Street fifteen feet and extending of that width in length or depth Southward between parallel lines at right angles to said Commerce Street sixty-two feet 10 and seven-eighths inches to a four feet wide alley.

BEING known as 5716 Commerce Street

TOGETHER with the free and common use, right, liberty and privilege of said alley as and for a passageway wand watercourse at all times hereafter, forever.

1

BEING the same premises which Philly Acquisitions, LLC (a PA LLC) by Deed dated 9/19/2016 and recorded 12/16/2016 in Philadelphia County as Id. #53149427 granted and conveyed unto InvestRealty III, LLC (a DE Limited Liability Company), in fee.

**Together with** all and singular the buildings and improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever unto the hereby granted premises belonging, or in anywise appertaining, and the reversions and remainders, rents, issues, and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of it, the said grantor, as well at law as in equity, of, in and to the same.

**To have and to hold** the said lot or piece of ground described above, with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, to and for the only proper use and behoof of the said Grantee, its successors and assigns, forever.

**And** the said Grantor, for itself and its successors, does, by these presents, covenant, grant and agree, to and with the said Grantee, its successors and assigns, that it, the said Grantor, and its successors and assigns, all and singular the hereditaments and premises herein described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, against it, the said Grantor, and its successors and assigns, and against all and every other person and persons whosoever lawfully claiming or to claim the same or any part thereof, by, from or under him, her, it, or any of them, shall and will

**Warrant and Forever Defend.**

2

**In Witness Whereof,** the said member or manager of the Limited Liability Company has caused these presents to be duly executed, dated the day and year first above written.

Sealed and Delivered
IN THE PRESENCE OF US:

INVESTREALTY III, LLC (A DE LIMITED
LIABILITY COMPANY)

By: _____ {SEAL}
    Sidney Shauy, Authorized Signature

_____

Commonwealth of Pennsylvania      :
County of Philadelphia            : ss

AND NOW, this **3rd** day of **April, 2018,** before me, the undersigned Notary Public, appeared **Sidney Shauy,** who acknowledged himself/herself to be the **Authorized Signature** of **InvestRealty III, LLC (a DE Limited Liability Company),** a LLC, and he/she, as such **Authorized Signature** being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the LLC by himself/herself as **Authorized Signature.**

IN WITNESS WHEREOF, I hereunder set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
STUART GRAFF, Notary Public
Newtown Township, Bucks County
My Commission Expires December 12, 2019

Notary Public _____
My commission expires _____

The address of the above-named Grantee is:
**10711 SW 228th Tr.
Miami, FL 33170**

_____
On behalf of the Grantee

File No.  **AF-6960-C**

3