IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

American Hypnotherapy Society, LLC et al,  )
                Plaintiffs,  )
                  )
V.  )
                  ) Case No.: 2:19-cv-06116-RBS
ABC Capital Investments, LLC, et al.  )
                Defendants.  )

## ORDER

AND NOW, on this 8th day of October, 2020, upon consideration of the Motion to Compel compliance with a Subpoena filed by Defendants, ABC Capital Investments, LLC, et. al. ("Defendants"), and the consent of third-party, Walter Lapidus and Anchor Realty, NE, a/k/a Burton Realty Co., it is hereby Ordered that this motion is Granted. Mr. Lapidus and Anchor Realty, NE, a/k/a Burton Realty Co., has agreed to comply with the Subpoena originally served on 06/29/2020 and produce all responsive documents and electronic information on or by 10/15/2020.

                                              /s/ R. Barclay Surrick
                                              The Honorable R. Barclay Surrick
                                              United States District Judge

I hereby consent to the above stipulated Order:

*Walter Lapidus*
Walter Lapidus (Oct 6, 2020 12:34 EDT)

Walter Lapidus, individually and on behalf of
Anchor Realty, NE, a/k/a Burton Realty Co.

*Andrew Swain*
Andrew D. Swain, Esq.
Counsel for Movant-Defendants