UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN HYPNOTHERAPY SOCIETY LLC, ET AL. | : |
| Plaintiff, | : Civil Action: **2:19-cv-06116-RBS** |
| vs. | : |
| ABC CAPITAL INVESTMENT, LLC et al. | : |
| Defendants. | : |

## SUGGESTION/NOTICE OF BANKRUPTCY

TO THE HONORABLE R. BARCLAY SURRICK AND THE CLERK FOR THE EDPA:

Counsel for Defendants ABC Capital Investments LLC, New Philly Construction LLC, and Stateside – Philly LLC represents as follows:

① Today, November 15, 2022, the following Defendants have filed for bankruptcy under the United States Bankruptcy Code[1]:

    a.  ABC Capital Investment, LLC – Bnkr. 22-13061

    b.  New Philly Construction, LLC – Bnkr. 22-13062

    c.  Stateside – Philly, LLC – Bnkr. 22-13063

② Per *11 USCA §362*, the filing of the bankruptcy triggers the Automatic Stay under the US Bankruptcy Code. *§362(a)(1)* states:

**(a)** Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of—

> **(1)** the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

---

[1] All Notices of Filing issued by the United States Bankruptcy Court for the Eastern District of Pennsylvania are attached to this Suggestion of Bankruptcy.

In accordance with the bankruptcy filing and applicable sections of the United States Bankruptcy Code, counsel represents that this Honorable Court must Stay the scheduled pre-trial and trial and hold the case in dormancy until further or final order from the United States Bankruptcy Court or further hearings, filings, and court orders in this state action.

③ Counsel further represents to this Honorable Court to provide full candor, that it is expected that other named Defendants will be filing Chapter 7 or Chapter 11 bankruptcies in the next coming days.

Respectfully submitted,

*/s/Andrew D. Swain, Esquire*
**THE SWAIN FIRM, P.C.**
Attorney ID: 73332
2410 Bristol Road
Bensalem, PA 19020
215-750-7200
swain@swainlawfirm.com

Dated: November 15, 2022

United States Bankruptcy Court
Eastern District of Pennsylvania

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/15/2022 at 08:32 AM and filed on 11/15/2022.

**ABC Capital Investment, LLC**
100 South Juniper Street, 3rd Floor
Philadelphia, PA 19107
Tax ID / EIN: 27-4738221

The case was filed by the debtor's attorney:

**PAUL S. PETERS, III**
The Peters Firm, PLLC
P.O. Box 11227
Elkins Park, PA 19027
215-291-2944

The case was assigned case number 22-13060.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Timothy B McGrath
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

|  | 11/15/2022 08:35:22 | | |
|---|---|---|---|
| **PACER Login:** | paulpeters3 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 22-13060 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

United States Bankruptcy Court
Eastern District of Pennsylvania

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/15/2022 at 08:36 AM and filed on 11/15/2022.

**New Philly Construction, LLC**
100 South Juniper Street, 3rd Floor
Philadelphia, PA 19107
Tax ID / EIN: 46-2721696

The case was filed by the debtor's attorney:

**PAUL S. PETERS, III**
The Peters Firm, PLLC
P.O. Box 11227
Elkins Park, PA 19027
215-291-2944

The case was assigned case number 22-13061.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Timothy B McGrath
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

| | 11/15/2022 08:37:03 | | |
|---|---|---|---|
| **PACER Login:** | paulpeters3 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 22-13061 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

United States Bankruptcy Court
Eastern District of Pennsylvania

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/15/2022 at 08:39 AM and filed on 11/15/2022.

**Stateside - Philly LLC**
100 S. Juniper Street, 3rd Floor
Philadelphia, PA 19107
Tax ID / EIN: 46-2063294
*dba* **Stateside Philly Inc. (how it is listed incorrectly in litigation)**

The case was filed by the debtor's attorney:

**PAUL S. PETERS, III**
The Peters Firm, PLLC
P.O. Box 11227
Elkins Park, PA 19027
215-291-2944

The case was assigned case number 22-13062.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Timothy B McGrath
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

| | |  | |
|---|---|---|---|
| | 11/15/2022 08:40:09 | | |
| **PACER Login:** | paulpeters3 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 22-13062 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |