IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN HYPNOTHERAPY SOCIETY, LLC et al | : : : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-6116 |
| ABC CAPITAL INVESTMENTS, LLC et al | : | |

**O R D E R**

**AND NOW**, this 16th day of November 2022, upon consideration of Defendant, ABC Capital Investments' Suggestion/Notice of Bankruptcy (ECF No. 38), it is **ORDERED** that the Clerk of Court shall place this matter in **CIVIL SUSPENSE** pending further Order of the Court.

**IT IS FURTHER ORDERED** that:

1. The parties shall file a status report with this Court ninety (90) days from the date of this Order and shall file further status reports every ninety (90) days thereafter.

2. The parties shall notify this Court of the Eastern District of Pennsylvania Bankruptcy Court's final disposition within fourteen (14) days.

3. This Court will retain jurisdiction, and the case will be restored to the trial docket when it is in a position to proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

   **IT IS SO ORDERED**.

BY THE COURT:

s/ *R. Barclay Surrick*
_____
**R. BARCLAY SURRICK, J.**